1  DAVID M. FURBUSH, SBN 83447
   PILLSBURY WINTHROP SHAW PITTMAN LLP
2  2550 Hanover Street
   Palo Alto, CA 94304-1115
3  Telephone: (650) 233-4500
   Facsimile No.: (650) 233-4545
4  david.furbush@pillsburylaw.com

5  Attorneys for Defendants
   ENERGY RECOVERY, INC., ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ENERGY RECOVERY INC. SECURITIES LITIGATION | EMC<br>Master File No. 3:15-cv-00265-~~MEJ~~<br><br>**STIPULATION AND (PROPOSED) ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge:   Hon. Edward M. Chen |

## STIPULATION RE CASE SCHEDULE

Lead Plaintiff Henry Low ("Lead Plaintiff") and Energy Recovery, Inc. ("Defendant"), by and through their counsel of record, hereby stipulate, subject to approval by the Court, to the following briefing schedule for Defendant's motion to dismiss the Class Action Consolidated Complaint filed herein on June 11, 2015:

| EVENT | PROPOSED DATES |
| --- | --- |
| Deadline to File Motion to Dismiss | July 31, 2015 |
| Deadline to File Opposition to Motion to Dismiss | September 14, 2015 |
| Deadline to File Reply to Opposition to Motion to Dismiss | October 9, 2015 |

Dated: July 7, 2015.

PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID M. FURBUSH
2550 Hanover Street
Palo Alto, CA 94304-1115

By /s/ David M. Furbush
　　David M. Furbush
　　Attorneys for Defendant
　　Energy Recovery, Inc.

Dated: July 7, 2015

LEVI & KORSINSKY, LLP
NICHOLAS I. PORRITT
1101 30th Street, NW, Suite 115
Washington, DC 20007

By /s/ Nicholas I. Porritt
　　Nicholas I. Porritt

PUNZALAN LAW, P.C.
MARK PUNZALAN
600 Allerton St., Suite 201
Redwood City, CA 94063

Attorneys for Lead Plaintiff
Henry Low and Lead Counsel for Class

[PR~~OPOSE~~D] ORDER

PURSUANT TO THE STIPULATION SET FORTH ABOVE, IT IS HEREBY ORDERED that the deadlines below are set as follows:

| EVENT | PROPOSED DATES |
|---|---|
| **Deadline to File Motion to Dismiss** | July 31, 2015 |
| **Deadline to File Opposition to Motion to Dismiss** | September 14, 2015 |
| **Deadline to File Reply to Opposition to Motion to Dismiss** | October 9, 2015 |
| Hearing on Motion to Dismiss | November 5, 2015 at 1:30 p.m. |

Date: July 8, 2015

_____
Honorable Edward M. Chen

*IT IS SO ORDERED AS MODIFIED*
/s/ Edward M. Chen
Judge Edward M. Chen
United States District Court, Northern District of California