1  PUNZALAN LAW, P.C.
   Mark Punzalan (SBN: 247599)
2  600 Allerton Street, Suite 201
   Redwood City, California 94063
3  Tel: (650) 362-4150
   Fax: (650) 362-4151
4  markp@punzalanlaw.com

5  LEVI & KORSINSKY LLP
   Nicholas I. Porritt (admitted *pro hac vice*)
6  Email: nporritt@zlk.com
   1101 30th Street N.W., Suite 115
7  Washington, D.C. 20007
   Tel: (202) 524-4290
8  Fax: (202) 333-2121
   nporritt@zlk.com
9
   *Attorneys for Lead Plaintiff Henry Low*
10 *and Lead Counsel for Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE ENERGY RECOVERY INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | Master File No. 3:15-cv-00265-EMC<br><br>CLASS ACTION<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER TO CONTINUE SCHEDULING CONFERENCE**<br><br>Judge: Hon. Edward M. Chen<br>Case Management Conference: July 16, 2015 |

## STIPULATION

**WHEREAS,** this case is a putative class action brought under the Securities Exchange Act of 1934 (the "Exchange Act"); and

**WHEREAS,** Section 21D(b)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(b)(3)(B), provides for a mandatory and automatic stay of "all discovery and other proceedings" during the pendency of any motion to dismiss brought in this matter; and

**WHEREAS,** the Court has set a Case Management Conference to be held on July 16, 2015, at 9:30 a.m., and has directed the parties to file a Case Management Statement on or before July 9, 2015 (*see* Dkt. No. 39); and

**WHEREAS,** in light of the mandatory discovery stay that will be in effect during the pendency of any motions to dismiss, the parties respectfully submit that it would be premature to set a case schedule or develop a discovery plan at this stage of the proceedings; and

**WHEREAS,** the parties therefore respectfully request that the Court continue the Case Management Conference to take place only after challenges to the pleadings are resolved.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE,** subject to the Court's approval, that:

1. The Case Management Conference, currently set for July 16, 2015 at 9:30 a.m., shall be taken off calendar.

2. The Case Management Conference will be rescheduled by the Court following the resolution of challenges to the pleadings.

//
//
//
//
//
//
//

**IT IS SO STIPULATED.**

Dated:  July 7, 2015                             PUNZALAN LAW, P.C.

                                                 By: /s/ *Mark Punzalan*
                                                        Mark Punzalan

                                                 600 Allerton St., Suite 201
                                                 Redwood City, CA  94063

                                                 LEVI & KORSINSKY LLP
                                                 Nicholas I. Porritt
                                                 1101 30th Street N.W., Suite 115
                                                 Washington, D.C. 20007
                                                 Tel: (202) 524-4290
                                                 Fax: (202) 333-2121

                                                 *Attorneys for Lead Plaintiff Henry Low*
                                                 *and Lead Counsel for Class*

Dated:  July 7, 2015                             PILLSBURY WINTHROP SHAW PITTMAN LLP

                                                 By: /s/ *David M. Furbush*
                                                        David M. Furbush

                                                 2550 Hanover Street
                                                 Palo Alto, CA  94304-1115

                                                 *Attorneys for Defendant Energy Recovery, Inc.*

### ECF ATTESTATION

I, Mark Punzalan, am the ECF User whose ID and Password are being used to file the foregoing document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that David M. Furbush has concurred in this filing.

DATED: July 7, 2015                              PUNZALAN LAW, P.C.

                                                 By: /s/ *Mark Punzalan*
                                                        Mark Punzalan

1        **[PROPOSED] ORDER**

2        Upon review of the parties' Stipulation to Continue the Case Management Conference, and

3   good cause appearing therefore,

4        IT IS HEREBY ORDERED AS FOLLOWS:

5        3.   The Case Management Conference, currently set for July 16, 2015 at 9:30 a.m., is

6   taken off the calendar.

7        4.   The Case Management Conference will be rescheduled by the Court following the

8   resolution of challenges to the pleadings.   is reset for 12/3/15 at 9:30 a.m.   A joint cmc statement shall be filed by 11/25/15.

9        **IT IS SO ORDERED.**

11            7/8/15
12   DATED: _____           _____



HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen