UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ENERGY RECOVERY INC. SECURITIES LITIGATION | Case No. 15-cv-00265-EMC<br><br>**ORDER RE ADMINISTRATIVE MOTION OF DAVID BARNES TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Docket No. 78 |

The Court has reviewed David Barnes's motion to relate *Barnes v. Energy Recovery Inc., et al.,* Case No. 4:16-cv-00477 with this litigation. Any opposition to the motion to relate shall be filed today by 6:00 p.m.

**IT IS SO ORDERED**.

Dated: February 3, 2016

_____
EDWARD M. CHEN
United States District Judge