NICHOLAS I. PORRITT (*admitted pro hac vice*)
ADAM M. APTON (*admitted pro hac vice*)
LEVI & KORSINSKY LLP
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 333-2121

*Attorneys for Lead Plaintiff Henry Low
and Lead Counsel for the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ENERGY RECOVERY, INC. SECURITIES LITIGATION | No.  3:15-cv-00265-EMC <br><br> Hon. Edward M. Chen <br><br> **[PROPOSED] ORDER GRANTING STIPULATION REGARDING AGREEMENT RESOLVING LEAD PLAINTIFF'S EX PARTE APPLICATION** |

Upon review of the parties Stipulation Regarding Agreement Resolving Lead Plaintiff's Ex Parte Application, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. In the event that the California Petition is granted, and without any admission that any of the documents that will be collected from David Barnes are relevant to the allegations in the Complaint, Energy Recovery shall treat all documents, data compilations (including electronically recorded or stored data), and tangible objects collected from David Barnes as if they were the subject of a continuing request for production of documents from an opposing party under the Federal Rules of Civil Procedure.

2. To the extent Energy Recovery identifies any materials and/or documents in David Barnes' possession that it believes are subject to the terms of the Confidential

Information and Invention Assignment Agreement between Energy Recovery and David Barnes, or another confidentiality obligation owed by David Barnes to Energy Recovery, Energy Recovery shall create and maintain a detailed log of the materials and/or documents received sufficient to identify, describe, recall, and produce the materials and/or documents at a later date in this litigation, without waiver of any objections as to their discoverability or admissibility.

3. Lead Plaintiff's *Ex Parte* Application [ECF No. 80] is denied without prejudice.

**IT IS SO ORDERED.**

Dated: 2/5/2016      _____



HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE