1 **LEVI & KORSINSKY LLP**
NICHOLAS I. PORRITT
2 ADAM M. APTON
1101 30th Street N.W., Suite 115
3 Washington, D.C. 20007
Tel: (202) 524-4290
4 Fax: (202) 333-2121
nporrit@zlk.com
5 aapton@zlk.com

6 *Attorneys for Lead Plaintiff Henry Low
and Lead Counsel for Class*

8 [Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ENERGY RECOVERY INC. SECURITIES LITIGATION | Master File No. 3:15-cv-00265-EMC |
| | CLASS ACTION |
| | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| | Hon. Edward M. Chen |

STIPULATION

# STIPULATION

**WHEREAS,** this case is a putative class action brought under the Securities Exchange Act of 1934 (the "Exchange Act");

**WHEREAS,** Section 21D(b)(3)(B) of the Exchange Act, 15 U.S.C. §78u-4(b)(3)(B), provides for a mandatory and automatic stay of "all discovery and other proceedings" during the pendency of any motion to dismiss brought in this matter;

**WHEREAS,** on October 9, 2015, Lead Plaintiff Henry Low ("Plaintiff") filed the Amended Class Action Consolidated Complaint for Violation of the Federal Securities Laws (the "Complaint");

**WHEREAS,** Defendants Energy Recovery, Inc., Thomas Rooney, and Audrey Bold (collectively, "Defendants") filed a motion to dismiss the Complaint on November 9, 2015; and

**WHEREAS,** the Court granted in part and denied in part Defendants' motion to dismiss on January 27, 2016, granting Plaintiff leave to amend;

**WHEREAS,** Plaintiff anticipates filing an amended complaint, which is currently due on or before May 29, 2016 pursuant to the Court's Order dated February 11, 2016;

**WHEREAS,** Defendants anticipate moving to dismiss Plaintiff's forthcoming amended complaint;

**WHEREAS,** Plaintiff is currently seeking to intervene in the related action styled *Barnes v. Energy Recovery, Inc., et al.*, Case No. 16-cv-00477-EMC (the "Barnes Action"), and oppose Energy Recovery, Inc.'s, Motion for Order Directing Plaintiff and Plaintiff's Counsel to Return Defendant Energy Recovery, Inc.'s Documents;

**WHEREAS,** the Court in the Barnes Action referred Energy Recovery, Inc.'s, motion and Plaintiff's motion to intervene to Magistrate Judge Laurel Beeler pursuant to its Order dated March 7, 2016;

**WHEREAS,** Magistrate Judge Laurel Beeler has not yet set a hearing date for the pending motions in the Barnes Action;

1  **WHEREAS,** the Court has set a Case Management Conference to be held on March 17, 2016, at 9:30 a.m., and has directed the parties to file a Case Management Statement on or before March 10, 2016 (ECF No. 79);

4  **WHEREAS,** in light of Plaintiff's forthcoming amended complaint and Defendants' anticipated motion to dismiss, the parties respectfully submit that it would be premature to set a case schedule or develop a discovery plan at this stage of the proceedings; and

7  **WHEREAS,** the parties therefore respectfully request that the Court continue the Case Management Conference to take place only after challenges to the pleadings are resolved.

9  **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE,** subject to the Court's approval, that:

11  1.   The Case Management Conference, currently set for March 17, 2016 at 9:30 a.m., shall be taken off calendar.

13  2.   The Case Management Conference will be rescheduled by the Court following the resolution of challenges to the pleadings.

15  **IT IS SO STIPULATED.**

Dated: March 10, 2016

NICHOLAS I. PORRITT
ADAM M. APTON
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
Tel: (202) 524-4290
Fax: (202) 333-2121


By: s/ Adam Apton
           Adam M. Apton

PUNZALAN LAW, P.C.
MARK PUNZALAN
600 Allerton St., Suite 201
Redwood City, CA  94063

*Attorneys for Lead Plaintiff Henry Low and
Lead Counsel for Class*

| | |
|---|---|
| Dated:  March 10, 2016 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>DAVID M. FURBUSH<br>2550 Hanover Street<br>Palo Alto, CA  94304-1115<br><br>By: s/ James Lindfelt<br>        James M. Lindfelt<br><br>*Attorneys for Defendant Energy Recovery, Inc.,<br>Thomas Rooney Jr. and Audrey Bold* |

**[PROPOSED] ORDER**

Upon review of the parties' Stipulation to Continue the Case Management Conference, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Case Management Conference, currently set for March 17, 2016 at 9:30 a.m., is taken off the calendar.

2. The Case Management Conference ~~will be rescheduled by the Court following~~ the resolut~~ion of challenges to the pleadings.~~ is reset for July 28, 2016 at 9:30 a.m. An updated joint CMC statement shall be filed by July 21, 2016.

**IT IS SO ORDERED.**

DATED: 3/11/16 _____

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

4831-9865-9883, v. 1

[PROPOSED] ORDER