UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DAVID BARNES,<br><br>    Plaintiff,<br><br>    v.<br><br>ENERGY RECOVERY, INC., et al.,<br><br>    Defendants. | Case No. 3:16-cv-00477-EMC (LB)<br><br>**NOTICE OF REFERRAL AND HEARING DATE**<br><br>Re: ECF No. 14 |
| IN RE: ENERGY RECOVERY, INC. SECURITIES LITIGATION | Case No. 3:15-CV-00265-EMC<br><br>**NOTICE OF REFERRAL AND HEARING DATE IN RELATED CASE** |

The district judge referred a discovery motion to the undersigned. (Motion, ECF No. 14; Referral, ECF No. 31.) The court sets it for a hearing on April 7, 2016 at 11:00 a.m. (The court previously set a briefing schedule that results in a full briefing of the dispute by March 23, 2016.)

For future disputes, the parties must comply with the undersigned's standing order (attached). The dispute procedures in it require, among other things, that if a meet-and-confer by other means does not resolve the parties' dispute, lead counsel for the parties must meet and confer in person

ORDER (No. 3:16-cv-00477-EMC (LB))

1  (if counsel are local) and then submit a joint letter brief with information about unresolved
2  disputes. The letter brief must be filed under the Civil Events category of "Motions and Related
3  Filings > Motions – General > Discovery Letter Brief." After reviewing the joint letter brief, the
4  court will evaluate whether future proceedings are necessary, including any further briefing or
5  argument.

6  **IT IS SO ORDERED.**
7  Dated: March 21, 2016                           _____
                                                  LAUREL BEELER
8                                                 United States Magistrate Judge

ORDER (No. 3:16-cv-00477-EMC (LB))            2