DAVID M. FURBUSH (SBN 83447)
david.furbush@pillsburylaw.com
JAMES M. LINDFELT (SBN 275352)
james.lindfelt@pillsburylaw.com
PILLSBURY WINTHROP SHAW PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone:   650.233.4500
Facsimile:    650.233.4545

Attorneys for Energy Recovery, Inc.,
Thomas S. Rooney, and Audrey Bold

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ENERGY RECOVERY, INC. SECURITIES LITIGATION | Case No. 3:15-cv-00265-EMC<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Hon. Edward M. Chen |

## STIPULATION

The parties to this action, by and through their respective counsel, stipulate and agree as follows:

**WHEREAS**, this case is a putative class action brought under the Securities Exchange Act of 1934 (the "Exchange Act");

**WHEREAS**, section 21D(b)(3)(B) of the Exchange Act, 15 U.S.C. section 78u-4(b)(3)(B), provides for a mandatory and automatic stay of all discovery and other proceedings during the pendency of any motion to dismiss brought in this matter;

**WHEREAS**, on May 26, 2016, Lead Plaintiff Henry Low ("Plaintiff") filed the Second Amended Class Action Consolidated Complaint for Violation of the Federal Securities Laws (the "Complaint") (ECF No. 99);

**WHEREAS**, on June 13, 2016, Defendants Energy Recovery, Inc., Thomas Rooney, and Audrey Bold (collectively, "Defendants") filed a motion to dismiss the Complaint (ECF No. 100);

**WHEREAS**, following briefing on Defendants' motion to dismiss, the Court held a hearing on July 21, 2016;

**WHEREAS**, on August 5, 2016, the Court agreed to reserve decision on the motion to dismiss while the parties took part in private mediation;

**WHEREAS**, the parties conducted mediation on Wednesday, October 12th and reached an agreement in principle to settle the action, subject to negotiation of certain details;

**WHEREAS**, the parties have entered into a memorandum of understanding with regards to the settlement; and

**WHEREAS**, the parties therefore respectfully request that the Court continue the Case Management Conference for thirty days so that the parties may attempt to finalize the language and terms of the settlement agreement.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE,** subject to the Court's approval, that the Case Management Conference, currently set for December 15, 2016 be continued for thirty days.

IT IS SO STIPULATED.

Dated: December 8, 2016

PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID M. FURBUSH
JAMES M. LINDFELT
2550 Hanover Street
Palo Alto, CA 94304-1115

By: /s/ David M. Furbush
David M. Furbush

*Attorneys for Defendants Energy Recovery, Inc., Thomas S. Rooney, Jr., and Audrey Bold*

Dated: December 8, 2016

NICHOLAS I. PORRITT
ADAM M. APTON
1101 30th Street N.W., Suite 115
Washington, D.C., 20007
Tel: (202) 524-4290
Fax: (202) 333-2121

By: /s/ Adam M. Apton
Adam M. Apton

PUNZALAN LAW, P.C.
MARK PUNZALAN
600 Allerton St., Suite 201
Redwood City, CA 94063

*Attorneys for Lead Plaintiff Henry Low and Lead Counsel for Class*

**CIVIL LOCAL RULE 5-1 ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatories concurred in this filing.

Dated: December 8, 2016

By: /s/ James M. Lindfelt
JAMES M. LINDFELT

1 **[PROPOSED] ORDER**

2 Upon review of the parties' Stipulation to Continue the Case Management Conference, and good cause appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Case Management Conference currently set for December 15, 2016 shall be continued to _January 26, 2017_ at _10:30 a.m._.

**IT IS SO ORDERED.**

DATED: _December 12, 2016_

*IT IS SO ORDERED*
*Judge Edward M. Chen*

-4-