ADAM M. APTON (*pro hac vice*)
aapton@zlk.com
LEVI & KORSINSKY LLP
1101 30th Street N.W., Suite 115
Washington, D.C. 20007
Telephone:    202.524.4290
Facsimile:    202.333.2121

Attorneys for Lead Plaintiff
and Lead Counsel for Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ENERGY RECOVERY, INC. SECURITIES LITIGATION | Case No. 3:15-cv-00265-EMC<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Hon. Edward M. Chen |

-2-

1 **STIPULATION**

2  The parties to this action, by and through their respective counsel, stipulate and agree as
3 follows:

4  **WHEREAS,** this case is a putative class action brought under the Securities Exchange
5 Act of 1934 (the "Exchange Act");

6  **WHEREAS,** section 21D(b)(3)(B) of the Exchange Act, 15 U.S.C. section 78u-
7 4(b)(3)(B), provides for a mandatory and automatic stay of all discovery and other proceedings
8 during the pendency of any motion to dismiss brought in this matter;

9  **WHEREAS,** on May 26, 2016, Lead Plaintiff Henry Low ("Plaintiff") filed the Second
10 Amended Class Action Consolidated Complaint for Violation of the Federal Securities Laws (the
11 "Complaint") (ECF No. 99);

12  **WHEREAS,** on June 13, 2016, Defendants Energy Recovery, Inc., Thomas Rooney, and
13 Audrey Bold (collectively, "Defendants") filed a motion to dismiss the Complaint (ECF No.
14 100);

15  **WHEREAS,** following briefing on Defendants' motion to dismiss, the Court held a
16 hearing on July 21, 2016;

17  **WHEREAS**, on August 5, 2016, the Court agreed to reserve decision on the motion to
18 dismiss while the parties took part in private mediation;

19  **WHEREAS,** the parties conducted mediation on Wednesday, October 12, 2016 and
20 reached an agreement in principle to settle the action, subject to negotiation of certain details;

21  **WHEREAS,** the parties executed a Stipulation of Settlement on February 15, 2017;

22  **WHEREAS,** Lead Plaintiff filed an unopposed motion for preliminary approval of the
23 proposed class action settlement on February 15, 2017;

24  **WHEREAS,** the Court requested supplemental briefing in support of the motion for
25 preliminary approval of the class action settlement on February 22, 2017;

26  **WHEREAS,** the parties are in the process of responding to the Court's request for
27 additional information; and

28

1  **WHEREAS,** the parties therefore respectfully request that the Court continue the Case Management Conference for sixty (60) days so that the parties may attempt to provide the Court with the additional information requested for preliminary approval and, if acceptable, obtain preliminary approval of the settlement and proceed with providing notice of the settlement to the class.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE,** subject to the Court's approval, that the Case Management Conference, currently set for March 2, 2017 be continued for sixty (60) days.

**IT IS SO STIPULATED.**

Dated: February 23, 2017

PILLSBURY WINTHROP SHAW PITTMAN LLP
DAVID M. FURBUSH
JAMES M. LINDFELT
2550 Hanover Street
Palo Alto, CA 94304-1115

By: /s/ *David M. Furbush*
David M. Furbush

*Attorneys for Defendants Energy Recovery, Inc., Thomas S. Rooney, Jr., and Audrey Bold*

Dated: February 23, 2017

NICHOLAS I. PORRITT
ADAM M. APTON
1101 30th Street N.W., Suite 115
Washington, D.C., 20007
Tel: (202) 524-4290
Fax: (202) 333-2121

By: /s/ *Adam M. Apton*
Adam M. Apton

PUNZALAN LAW, P.C.
MARK PUNZALAN
600 Allerton St., Suite 201
Redwood City, CA 94063

*Attorneys for Lead Plaintiff Henry Low and Lead Counsel for Class*

-4-

**CIVIL LOCAL RULE 5-1 ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I hereby attest that the other signatories concurred in this filing.

Dated: February 23, 2017

By:     /s/ *Adam M. Apton*
        ADAM M. APTON

1  **[PRO~~P~~OSED] ORDER**

2  Upon review of the parties' Stipulation to Continue the Case Management Conference,

3  and good cause appearing therefore,

4  IT IS HEREBY ORDERED AS FOLLOWS:

5  1. The Case Management Conference currently set for March 2, 2017 shall be

6  continued to ___May 11, 2017___ at ___10:30___ a.m.

7  **IT IS SO ORDERED.**

10  DATED: ___February 27, 2017___

HON. _____
UNITED STATES DISTRICT JUDGE

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen, United States District Court, Northern District of California]*

-5-