UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ENERGY RECOVERY INC. SECURITIES LITIGATION | Master Docket No. 3:15-CV-00265-EMC<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Hon. Edward M. Chen<br><br>Date: Thursday, August 24, 2017<br>Time: 1:30 p.m.<br>Courtroom: 5, 17th Floor |

1    Having read and considered the papers filed and arguments made by counsel, and good
2  cause appearing,
3    IT IS HEREBY ORDERED AS FOLLOWS:
4    1.    The Court hereby awards Lead Counsel attorneys' fees for the class action
5  settlement in the amount of $962,500 (25% of the class settlement fund).
6    2.    The Court awards Lead Plaintiffs' attorneys' reimbursement of costs in the
7  amount of $48,080.34, which shall be paid from the class settlement fund in accordance with the
8  terms of the Amended Stipulation of Settlement.
9    3.    The Court awards Lead Plaintiff Henry Low an incentive payment in the amount
10 of $5,000, which shall be paid from the class settlement fund in accordance with the terms of the
11 Amended Stipulation.
12   4.    At this juncture, the Court does not award claim administration costs as they are
13 still being incurred.  The Court, however, notes that such costs shall be paid from the class
14 settlement fund and that the parties previously represented that such costs should be between
15 $120,000 and $135,000.  *See* Docket No. 133 (Supp. Br. at 4).

17   IT IS SO ORDERED.

19 Dated: August 29, 2017



THE HONORABLE _____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

[PROPOSED] ORDER GRANTING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES
Master Docket No. 3:15-CV-00265-EMC