# *EXHIBIT C*

# INVOICE

![gcg A Crawford Company]

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 1/15/2018 | 23387 |
| PERIOD START | THROUGH DATE |
| 2/10/2017 | 12/31/2017 |

Adam M. Apton, Esq.
Nicholas I. Porritt, Esq.
Levi & Korsinsky, LLP
1101 30th Street NW, Suite 115
Washington, DC 20007

| Project Name: | In re Energy Recovery, Inc. Securities Litigation | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **Notice Dissemination** | | | |
| Printing of 8 pg. Notice and 10 pg. Proof of Claim form | 40,000 | $0.44 | $17,600.00 |
| **Imaging, Document Management & Storage** | | | |
| Sort Mail | 2,200 | $0.25 | $550.00 |
| Prep Mail | 60.9 Hrs. | | $3,349.50 |
| Scan Mail (per img.) | 22,502 | $0.12 | $2,700.24 |
| Format and load electronic files (per transaction) | 301,624 | $0.03 | $9,048.72 |
| Process undeliverables | 823 | $0.25 | $205.75 |
| Document Storage - Paper (per box/per month) | 162 | $1.50 | $243.00 |
| Document Storage - Electronic (per img./record per month) | 256,504 | $0.002 | $513.01 |
| **Claim Validation** | | | |
| Process Claims/deficiency responses | 5,794 | $2.25 | $13,036.50 |
| Print standard acknowledgement postcards | 1,165 | $0.10 | $116.50 |
| Deficiency/rejection Claim notification | 1,548 | $1.25 | $1,935.00 |
| **Contact Services** | | | |
| Standard set-up and design | | | $1,200.00 |
| IVR (per minute) | 1,117 | $0.17 | $189.89 |
| Monthly maintenance charge | 9 | $100.00 | $900.00 |
| Management of call center | 12.1 Hrs. | | $1,689.00 |
| Handling of class member communications | 308.4 Hrs. | | $28,655.80 |
| **Website Services** | | | |
| Standard set-up and design | | | $1,200.00 |
| Monthly maintenance charge | 9 | $100.00 | $900.00 |
| **Project Management** | 355.1 Hrs. | | $47,368.50 |
| **Systems Support** | 156.9 Hrs. | | $23,491.00 |
| **Quality Assurance** | 118.1 Hrs. | | $17,016.50 |
| **Total Fees** | | | **$171,908.91** |
| **Total Project Expenses (See Exhibit A)** | | | **$24,642.86** |



**INVOICE**

| Project Name: | In re Energy Recovery, Inc. Securities Litigation | | |
|---|---|---|---|
| **Description** | **Quantity** | **Rate** | **Amount** |
| **Fees** | | | |
| **Sub Total** | | | **$196,551.77** |
| Less 15% Discount on Fees | | | ($25,786.34) |
| **Sub Total** | | | **$170,765.43** |
| Estimate of Fees and Expenses for Initial Distribution | | | $25,639.93 |
| **Grand Total** | | | **$196,405.36** |



# EXHIBIT A

| Project Name: | In re Energy Recovery, Inc. Securities Litigation | |
|---|---|---|
| **Description** | | **Amount** |
| *Project Expenses* | | |
| *For the period: Feb 10, 2017 through Dec 31, 2017* | | |
| Broker Fees | | $8,038.36 |
| Media Production | | $2,514.85 |
| Postage | | $12,195.95 |
| FedEx, Messenger & Shipping | | $354.33 |
| P. O. Box Rental/Renewal | | $1,300.00 |
| Copy Charges | | $0.20 |
| Working Meals and Transportation | | $5.89 |
| Domain Registration | | $233.28 |
| **Total** | | **$24,642.86** |

| Please Remit To : | | |
|---|---|---|
| Garden City Group, LLC<br>1985 Marcus Avenue, Suite 200<br>Lake Success, NY 11042 | -Or- | Garden City Group, LLC<br>Operating A/C<br>Signature Bank<br>900 Stewart Ave., 3rd Floor<br>Garden City, NY 11530<br><br>ABA #  - 026013576<br>A /C # - 1501168781<br>Tax ID # - 58-0506554<br>Swift Code - SIGNUS33 |

# EXHIBIT B

**IN RE ENERGY RECOVERY, INC. SECURITIES LITIGATION**
**ESTIMATE OF FEES AND EXPENSES FOR INITIAL DISTRIBUTION**
**AS OF JANUARY 1, 2018**

### I. Check Distribution- Fees

| | |
|---|---:|
| Print Checks 2,525 @ $0.65 | $1,641.25 |
| Project Management | $3,000.00 |
| Quality Assurance | $1,500.00 |
| Systems Support | $1,200.00 |
| Banking Services | $375.00 |
| *Subtotal of Check Distribution Fees* | $7,716.25 |

### Check Distribution- Expenses

| | |
|---|---:|
| Postage | $1,237.25 |
| *Subtotal of Check Distribution Expenses* | $1,237.25 |
| *Subtotal of Check Distribution Fees & Expenses* | **$8,953.50** |

### II. Post-Distribution Work- Fees (Assumes 12 months)

| | |
|---|---:|
| Reissue Checks 125 @ $1.95 | $243.75 |
| Handle Undeliverable checks 75 @ $1.95 | $146.25 |
| In-bound Claimant Correspondence | |
| ~IVR Minutes 750 minutes @ $0.17 per minute | $127.50 |
| ~Monthly Maintenance Charge ($100 per month) | $1,200.00 |
| ~Handling of class member communications | $4,500.00 |
| Website Monthly Maintenance Charge ($100 per month) | $1,200.00 |
| Project Management | $750.00 |
| Quality Assurance | $750.00 |
| Systems Support | $750.00 |
| Banking Services | $1,250.00 |
| *Subtotal of Post-Distribution Work Fees* | $10,917.50 |

### Post-Distribution Work- Expenses

| | |
|---|---:|
| Postage | $61.25 |
| FedEx, Copies, Line Charges | $300.00 |
| *Subtotal of Post-Distribution Work Expenses* | $361.25 |
| *Subtotal of Post-Distribution Work Fees & Expenses* | **$11,278.75** |

### III. Ancillary Services- Fees

| | |
|---|---:|
| Prepare and file tax return [2017] | $2,500.00 |
| Paper Storage, 27 boxes @ $1.50 per box per month for 12 months | $486.00 |
| Electronic Storage- 40,268 @ $0.002 per image/record per month for 12 months | $966.43 |
| *Subtotal of Ancillary Fees* | $3,952.43 |

### Ancillary Services- Expenses

| | |
|---|---:|
| P.O. Box Renewal | $1,300.00 |
| Disposal of files | $155.25 |
| *Subtotal of Ancillary Expenses* | $1,455.25 |
| *Subtotal of Ancillary Fees & Expenses* | **$5,407.68** |
| **GRAND TOTAL FEES AND EXPENSES:** | **$25,639.93** |